**628**

In the Matter of the Application for DIS-CIPLINARY ACTION AGAINST Harold A. DRONEN, a Member of the Bar of the State of North Dakota.

No. 10601.

Supreme Court of North Dakota.

July 11, 1984.

ORDER OF DISBARMENT

The Disciplinary Board of the Supreme Court filed a Petition and Alternative Petition with the Supreme Court in this matter on June 28, 1984. The Petition requested the Supreme Court to direct manner of service under Rule 4(d)(3)(E) NDRCivP, or in the alternative, to consider the Report of the Hearing Panel filed with the Petition and to enter an order of disbarment.

The Supreme Court granted the Alternative Petition and adopted the Hearing Panel's Findings in the First, Second and Third Cause of Action and its Recommendation; and

IT IS ORDERED that the Certificate of Admission heretofore issued to Harold A. Dronen be and the same is hereby revoked and Mr. Dronen is hereby disbarred from the practice of law in the State of North Dakota.

/s/ Ralph J. Ericksted
Ralph J. Ericksted,
Chief Justice

/s/ Paul M. Sand,
Paul M. Sand,
Justice

/s/ Vernon R. Pederson,
Vernon R. Pederson,
Justice

/s/ Gerald W. Vande-Walle,
Gerald W. VandeWalle,
Justice

/s/ H.F. Gierke
H.F. Gierke III,
Justice